IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            Case No. 6:17-cr-60015

LESLIE FRYAR                                                                                DEFENDANT

## ORDER

Before the Court is Defendant Leslie Fryar's Motion for Early Termination of Supervised Release. ECF No. 31.

On June 28, 2018, the Court sentenced Defendant to eighty-seven (87) months imprisonment and three (3) years of supervised release for Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1). ECF No. 29. Defendant was released from confinement within the Bureau of Prisons (BOP) on February 9, 2022, and began her term of supervised release in the Western District of Arkansas.

In the instant motion, Defendant seeks to have the Court end her term of supervised release. Defendant cites her total adherence to the terms of her release, her passing of all drug screenings, and the full-time employment she has maintained since release as justifications for termination of supervision. Defendant has served approximately twenty (20) months of her thirty-six (36) month term of supervised release.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request. The USPO notes that Defendant has maintained a stable residence since release from federal custody, that she has maintained full-time employment during the duration of her release, and that she has fully paid all financial obligations. The USPO concludes that Defendant meets the statutory requirements for release and finds that her level of compliance with

the terms of her release indicates that she does not present a threat to the community. Therefore, the USPO does not oppose early termination of Defendant's supervised release. The Government has not responded in opposition to Defendant's request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 31) should be and hereby is **GRANTED** based upon Defendant's good conduct, her adherence to the terms of his supervised release, and the interests of justice. Defendant Leslie Fryar's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 29th day of September, 2023.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge